```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
    UNITED STATES OF AMERICA,                                 :
                                                              :
                                                              :
                -v-                                           :
                                                              :
                                                              :
    ARISTIDES RAMIREZ,                                        :
                                                              :
                        Defendant.                            :
------------------------------------------------------------- X
```

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED: 4/28/2023 |

1:22-cr-522-GHW-3

ORDER

GREGORY H. WOODS, United States District Judge:

    A bail review hearing with respect to defendant Aristides Ramirez is scheduled for May 1, 2023, at 11:00 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated: April 28, 2023
       New York, New York

_____
GREGORY H. WOODS
United States District Judge