```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #:_____          │
│ DATE FILED: 10/30/24             │
└─────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------

UNITED STATES OF AMERICA,

                            Plaintiff,                          22 CR 522 (GHW)

            -against-

                                                                ORDER

ARISTIDES RAMIREZ

                            Defendant.

-------------------------------------------------------------------------

        Upon the application of Darren S. Fields, Esq., counsel for Aristides Ramirez, Inmate #
367459, in reference to the above-captioned matter, IT IS HEREBY ORDERED that:

    (1) The Defendant, Aristides Ramirez, ~~shall~~ may appear in trial proceedings in civilian clothing.
    (2) The Defendant ~~shall~~, through his attorneys, representatives, and family members provide
        clothing to the United States Marshals Service (USMS) at 500 Pearl Street so that the
        defendant can get dressed at the courthouse prior to trial considering the defendant is
        currently housed at Hudson County Correctional Center in Kearny, New Jersey, consisting
        of the following:
    ~~(3) The Defendant shall have the following items of civilian clothing for use at trial:~~

        Four (4) dress suit jackets              Four (4) ties

        Four (4) dress suit pants                Two (2) belts

        Ten (10) dress shirts                    Two (2) pairs of dress shoes

        Two (2) sweaters                         Ten (10) pairs of socks

    (4) The Defendant's attorneys, representatives, and family shall be allowed to pick up dirty
        clothing and substitute clean clothing in addition to receiving and replacing clothing that
        does fit for the duration of the trial. and clothing that does not fit
    (5) The USMS are directed to comply with this ORDER.

Dated: New York, New York
        October 30, 2024

                                                _____
                                                Hon. Gregory H. Woods
                                                United States District Judge