USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
UNITED STATES OF AMERICA,                :
                                                                          :
         -against-                                          :
                                                                          :
ARISTIDES RAMIREZ,                                 :    1:22-cr-522-GHW-3
                                                                          :
                      Defendant.  :    ORDER
------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

      A proceeding in this matter will take place on March 18, 2025 at 11:00 a.m. The proceeding will take place in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007. The parties are directed to appear for the proceeding as scheduled unless otherwise ordered by the Court.

      SO ORDERED.

Dated: March 14, 2025
New York, New York

                                          _____
                                             GREGORY H. WOODS
                                           United States District Judge