```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
UNITED STATES OF AMERICA,                     :
                                              :
               -against-                      :
                                              :
ARISTIDES RAMIREZ,                            :            1:22-cr-522-GHW-3
                                              :
                              Defendant.      :            ORDER
------------------------------------------------------------ X
```

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 4/22/2025 |

GREGORY H. WOODS, United States District Judge:

     As stated on the record during the conference held on April 22, 2025, Defendant's application for leave to file a counseled motion to withdraw his guilty plea is granted. Defendant's counseled motion to withdraw his guilty plea is due no later than May 21, 2025. The Government's opposition is due no later than twenty-eight days following the date of service of Defendant's motion. Any reply is due no later than fourteen days following the date of service of the Government's opposition. Additionally, for the reasons stated on the record, Defendant's *pro se* motion to withdraw his guilty plea, Dkt. No. 745, is withdrawn.

     The sentencing hearing scheduled for June 13, 2025 is adjourned *sine die*.

     The Clerk of Court is directed to terminate the motion pending at Dkt. No. 745.

     SO ORDERED.

Dated: April 22, 2025
New York, New York

                                               GREGORY H. WOODS
                                               United States District Judge