USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  12/10/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
                        :

   UNITED STATES,                :

                        :

                        :

               -v-         :                   1:22-cr-522-GHW
                        :

   ARISTIDES RAMIREZ,     :
                        :                     ORDER

          Defendant.   :

                        :

-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On December 8, 2025, the Court denied Mr. Ramirez's motion to withdraw his guilty plea.

Dkt. No. 839.  In light of the Court's decision, the parties are directed to confer and to submit a

joint letter to the Court no later than December 12, 2025 with proposed dates for Mr. Ramirez's

sentencing.

SO ORDERED.

Dated:  December 10, 2025
       New York, New York

                                           GREGORY H. WOODS
                                United States District Judge