USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 11/4/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X

UNITED STATES,

-v-

ARISTIDES RAMIREZ,

Defendant.

-------------------------------------------------------------- X

1:22-cr-522-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

The Court has received Mr. Ramirez's November 3, 2026 supplemental sentencing submission. Dkt. No. 867. In light of the arguments presented in it, the Court wishes to obtain more substantive pre-sentencing briefing from the parties regarding the calculation of the amount of any forfeiture award. Accordingly, the sentencing proceeding scheduled for November 5, 2026 is adjourned *sine die*. The Court directs the parties to meet and confer regarding a proposed schedule for supplemental submissions regarding the calculation of the amount of any forfeiture award and alternative sentencing dates. The parties are directed to submit a joint letter with their proposals on those topics no later than November 11, 2026.

SO ORDERED.

Dated: November 4, 2026
New York, New York

GREGORY H. WOODS
United States District Judge