**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, NY 10278*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/12/2026

November 10, 2026

**MEMORANDUM ENDORSED**

**BY ECF**
The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: ***United States v. Aristides Ramirez*, 22 Cr. 522 (GHW)**

Dear Judge Woods:

The Government writes on behalf of the parties in response to the Court's order that the parties "meet and confer regarding a proposed schedule for supplemental submissions regarding the calculation of the amount of any forfeiture award and alternative sentencing dates." Dkt. 868. After conferring, the parties propose that the Government file its supplemental submission by December 18, 2026 and the defendant file any response by December 28, 2026. For a sentencing date, because of trial schedules for the attorneys involved in this case, the parties are not all available until the week of February 8, 2027, and we therefore ask the Court to schedule sentencing that week, or sometime thereafter.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: /s/
Benjamin M. Burkett
Andrew Jones
Ashley C. Nicolas
Assistant United States Attorneys
(212) 637-2249

Application granted. The sentencing hearing previously scheduled for November 5, 2026 is adjourned to February 9, 2027 at 11:30 a.m. The Government's supplemental submissions are due no later than December 18, 2026; the defendant's response is due no later than December 28, 2026.
SO ORDERED.

Dated: November 12, 2026
New York, New York

GREGORY H. WOODS
United States District Judge